NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE MOTOROLA MOBILITY LLC

---

2013-1133

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Reexamination No. 90/010,890.

---

## JUDGMENT

---

SCOTT A. MCKEOWN, Oblon, Spivak, McClelland, Maier & Neustadt, L.L.P., of Alexandria, Virginia, argued for appellant. With him on the brief was ALEXANDER B. ENGLEHART.

MICHAEL S. FORMAN, Associate Solicitor, Office of the Solicitor, United States Patent and Trademark Office, of Alexandria, Virginia, argued for appellee. With him on the brief were NATHAN K. KELLEY, Deputy Solicitor, and COKE MORGAN STEWART, Associate Solicitor.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (O'MALLEY, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| September 16, 2013 | /s/ Daniel E. O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
|  | Clerk |